UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

v.

Derek D. Jones,

      Defendant.

_____/

Case No. 24-mj-30477

Originating Case No. 24CR73

## **MOTION AND ORDER TO DISMISS PETITION**

The United States moves to dismiss the pending petition to transfer proceedings in this matter. *See* ECF No. 1. The petition was resolved in Case No. 24-mj-30520.

Respectfully submitted,

Dawn N. Ison
United States Attorney

*/s/ Sean L. King*
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
(313) 226-9727
sean.king@usdoj.gov

Dated: December 18, 2024

IT IS SO ORDERED. This case and petition are dismissed.

                                                    s/Elizabeth A. Stafford  
                                                    Hon. Elizabeth A. Stafford  
                                                    United States Magistrate Judge

Entered: 12/18/2024